473 A.2d 654

Commonwealth v. Brown, Appellant.

Submitted November 22, 1983. Basil G.

Russin, Chief Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Judgment of sentence affirmed.